THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAYIDEN HUSSEIN MOHAMED,<br><br>Plaintiff,<br><br>v.<br><br>SGT. FRAZIER, et al.,<br><br>Defendants. | CASE NO. C16-1054 JCC<br><br>ORDER DISMISSING CASE |

This matter comes before the Court on the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge (Dkt. No. 9). Plaintiff Frazier did not file any objections to the Report and Recommendation by the Court imposed deadline of September 20, 2016. Instead, Plaintiff wrote the Court explaining that he never received notice that he should file an amended complaint or objections. (Dkt. No. 11.) This Court treated this letter as a motion for leave to amend and granted Plaintiff leave to amend his complaint by October 28, 2016. (Dkt. No. 12.) As of the date of this order, Plaintiff has not filed an amended complaint or objections to the Report and Recommendation.

The Court, having reviewed Plaintiff's complaint, the Report and Recommendation, and the lack of objections thereto, and the remaining record, does hereby find and ORDER:

(1)   The Court adopts the Report and Recommendation.

(2) This case is DISMISSED with prejudice prior to service for failure to state a claim.

(3) The Court DIRECTS the Clerk to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 9th day of November 2016.

_____
John C. Coughenour
UNITED STATES DISTRICT JUDGE